# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-po-91 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| TODD R. TRIMBLE, | : | |
| Defendant. | : | |

## ORDER REVOKING PROBATION/SENTENCING ENTRY

Defendant appeared with counsel before the Court on October 27, 2025, for a probation revocation hearing. After being advised of his constitutional rights, Defendant admitted violating the conditions set forth in the terms of his probation. Specifically, Defendant admitted to violations 2, 3, and 4 of the Third Amended Petition.[1] Defendant had previously admitted to violation 1. *See* July 9, 2024 Minute Entry. Accordingly, the Court found that Defendant violated the terms and conditions of probation and ordered Defendant's probation be **REVOKED**.

With the agreement of the parties, the Court proceeded to sentencing after allowing counsel for the Government, counsel for Defendant, and Defendant to make a statement. For the reasons stated on the record, Defendant is sentenced to a term of imprisonment of 120 days. No term of supervised release is imposed.

**IT IS SO ORDERED**.

October 28, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] Upon the Government oral motion to dismiss violation 5, the undersigned dismissed violation 5 of the Third Amended Petition.